## COMSA, ETC., ET AL. v. INLAND STEEL COMPANY.

[No. 12,867.   Filed June 10, 1927.   Rehearing denied October 13, 1927.]

From Industrial Board of Indiana.

Proceeding under the Workmen's Compensation Act by Mihalia Comsa, etc., and others against the Inland Steel Company. From the award made, the former appeal. *Affirmed.* By the court in banc.

*Ibach, Gavit, Stinson & Gavit* and *James M. Ogden,* for appellants.

*William J. McAleer, Francis J. Dorsey* and *Gerald A. Gillett,* for appellee.

PER CURIAM.—Affirmed.

## SHACKELFORD v. SEITZ ET AL.

[No. 12,949.   Filed October 14, 1927.]

From Vanderburgh Circuit Court; *Charles P. Bock,* Judge.

Action between Samuel J. Shackelford and Viola C. Seitz and others. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*Paul H. Schmidt,* for appellant.

*James T. Walker, Henry B. Walker, Alvin F. Sutheimer* and *Forrest M. Condit,* for appellees.

PER CURIAM.—Judgment affirmed.

Dausman, J., absent.

## EQUITABLE FIRE AND MARINE INSURANCE COMPANY v. PHARES ET AL.

[No. 12,701.   Filed June 7, 1927.   Rehearing denied October 25, 1927.]

From Vanderburgh Probate Court; *Elmer Q. Lockyear,* Judge.

Action between the Equitable Fire and Marine Insurance Company and John W. Phares and others. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*Burke & Slaymaker, Lawrence B. Moore* and *Slaymaker, Turner, Merrell, Adams & Locke,* for appellant.

*Edmund L. Craig,* for appellees.

PER CURIAM.—Judgment affirmed.

Dausman, J., absent.